**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| JONATHAN AND ABBEY WEBER, H/W, | : | No. 855 MAL 2017 |
| | : | |
| Petitioners | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| v. | : | |
| | : | |
| | : | |
| BOARD OF DIRECTORS OF THE | : | |
| LAUREL OAKS ASSOCIATION AND MID | : | |
| ATLANTIC MANAGEMENT, | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 5th day of June, 2018, the Petition for Allowance of Appeal is **DENIED**.